**Nkem EGBUNIKE, a/k/a Nkem Anya, Petitioner,**

v.

**Peter D. KEISLER, Acting Attorney General, Respondent.**

No. 07–1605.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 24, 2007.

Decided: Nov. 16, 2007.

Nkem Egbunike, Petitioner Pro Se. M. Jocelyn Lopez Wright, Stacey I. Young, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nkem Egbunike, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its

discretion in denying Egbunike's motion. See 8 C.F.R. § 1003.2(a) (2007); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Egbunike,* No. A76–590–438 (B.I.A. May 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*